No. 99–9353. MARCELLO v. MAINE DEPARTMENT OF HUMAN SERVICES, 530 U. S. 1279. Motion for leave to file petition for rehearing denied.